# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128263(56) (60)

HERALD COMPANY, INC., d/b/a
BOOTH NEWSPAPERS, INC. and
d/b/a ANN ARBOR NEWS,
       Plaintiff-Appellant,

v

EASTERN MICHIGAN UNIVERSITY
BOARD OF REGENTS,
       Defendant-Appellee.

_____

SC    128263
CoA  254712
Washtenaw CC 04-0000117-CZ

      On order of the Chief Justice, the motions by the Regents of the University of Michigan and others and by the Michigan Municipal League Legal Defense Fund for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2005                                
                                       Clerk